01-15-00221-CR



**JOHN D. KINARD**
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 5:07:16 PM
CHRISTOPHER A. PRINE
Clerk

March 06, 2015

Christopher Prine CLERK
First Court of Appeals
301 Fannin, 2ⁿᵈ floor
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. Gary James Cox**
**CASE NUMBER: 13-CR-0184**
**122nd District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **First COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 02/04/2015**
> **Notice of Appeal: 02/04/2015**
> **Motion for New Trial: N/A**
> **Offense Convicted of: SEX OFFENDERS FAILURE TO COMPLY/CIVIL**
> **Judgment and Sentence: Ten (10) Years Institutional Division, TDCJ**
> **Trial Judge: John Ellisor**
> **Court Reporter: Donna McGuire**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _Cori Delgado_
      Cori Delgado

*600 59ᵗʰ Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

13-CR-0184
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1003583



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Joel H. Bennett, Attorney for Appellant
1100 Nasa Parkway Suite 302
Houston TX 77058

CC: Donna McGuire, Court Reporter
3910 Scott Street
Santa Fe, Texas 77517

CAUSE NUMBER 13CR0184

2015 FEB -4 PH 3: 40

THE STATE OF TEXAS

IN THE DISTRICT COURT OF

VS.

GALVESTON, COUNTY, TEXAS

Gary James Cox

122nd JUDICIAL DISTRICT

## NOTICE OF APPEAL

On this 4th day of Feb , 2015 the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_____

X_____
Defendant

Or

_____
Attorney
State BarNo._____

**The Following to be Completed by Clerk:**

Date of Judgment or other Order Appealed from: 2/4/15

Name of Trial Court Judge: John Ellisor

Name of Court Reporter: Donna McGuire

Name of Attorney on Appeal: _____ Bar No. _____

Address: _____

Telephone No. _____ Fax No. _____

Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290

Defendant Incarcerated? Yes ✓ No _____

Offense Convicted of: Sex Offenders Duty to Register Life/Annually

Punishment Assessed: 10 years Institutional Division , TDCJ

Who Assessed Punishment? Trial Court ✓ Jury _____

Appeals Consolidated under this Cause No: _____

Companion Case, if Applicable: _____

Defendant on Appeal Bond? Yes_____ No ✓